# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

FILED

2009 AUG 14 P 3: 31

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

## JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)

UNITED STATES OF AMERICA

CASE NUMBER: 3:03-cr-123-J-25TEM
USM NUMBER: 30183-018

V.

ANTWAN HORNE

Defendant's Attorney: Susan Yazgi, Esq. (pda)

**THE DEFENDANT**
**X** admitted guilt and is adjudicated guilty to violation of charge number's _1, 2 & 4_ of the conditions of supervised release of the Petition (Dkt. #55).
**X** allegation number _3_ of the Petition (Dkt. #55) dismissed on motion of the Assistant U.S. Attorney.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to reside in a Residential Re-entry Center In Violation of the Standard Conditions of Release | January 28, 2009 |
| Two | Positive urinalysis for Marijuana in violation of the Standard Conditions of Release | February 25, 2009 |
| Four | Failure to participate in Drug aftercare treatment in violation of the Standard Conditions of Release | March 31, 2009 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: July 28, 2009

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE
DATE: August __14__, 2009

| | |
|---|---|
| Defendant: ANTWAN HORNE | Judgment - Page 2 of 3 |
| Case No.: 3:04-cr-123-J-25TEM | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: eleven (11) months.

__X__ The Court makes the following recommendations to the Bureau of Prisons: Coleman, FPC

__X__ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

    ____ at _____ a.m.   p.m.   on _____.

    ____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ____ before p.m. on .

    ____ as notified by the United States Marshal.

    ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:


Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.


UNITED STATES MARSHAL

By _____
    DEPUTY UNITED STATES MARSHAL

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be no further supervised release.